Allstar Financial
20700 Ventura Blvd
Suite 222
Woodland Hills, CA 91364


Jonathan Brooks
Gold 401K Profit Sharing
15915 Ventura Blvd 203
Encino, CA 91436


David Bunn
Catherine Alzmann
1112 Fair Oaks Avenue
South Pasadena, CA 91030


California TD Specialists
8190 East Kaiser Blvd
Anaheim Hills, CA 92808


Mitchell Feinstein
2121 Rosecrans Avenue 2320
El Segundo, CA 90245


Richard Harmon
TSG Financial Corp
16325 Rainbow Ridge
Chino Hills, CA 91709


Vickman Associates
James Vickman
424 South Beverly Drive
Beverly Hills, CA 90212