Howard M. Ehrenberg
hehrenberg@sulmeyerlaw.com
Chapter 7 Trustee
333 S Grand Avenue, Suite 3400
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ACQUIPLIED ASSETS, B.T.,<br><br>Debtor. | Case No. 2:18-bk-18709-NB<br><br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S FINAL REPORT IN DISMISSED CASE**<br><br>[No Hearing Required] |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE**:

Acquiplied Assets, B.T. ("Debtor") filed a voluntary petition under Chapter 11 on July 30, 2018. On August 22, 2018, the United States Trustee filed a motion to convert the case to one under Chapter 7. The conversion was granted on October 10, 2018 and Howard M. Ehrenberg was appointed to serve as Chapter 7 Trustee.

The Debtor is a Nevada Business Trust, Robert Brown is the Chief Executive Officer of the Debtor. At the time the trustee was appointed in this case, several disputes were pending between the main constituents in this case.

On March 4, 2019, the motion to approve settlement agreement with Debtor, Robert Brown, Allstar Financial Services and Catherine Alzmann was granted. The Trustee received $280,000.00 in funds from the bankruptcy estate of Wladimir Klimenko. Within seven days after Trustee's receipt of the funds, a payment of $250,000.00 was remitted to Allstar Financial Services in payment of its lien against the Marsh property and title transferred to Catherine Alzmann.

LVC 2704235v1 7/23/2020 (10:38 AM)

1     On April 2, 2020, the motion to approve settlement agreement with Benton Suites, LLC was granted.  The Trustee received $7,500.00 in funds in exchange for the estate's assignment of any interest in claims it holds in or to the Benton Suites Litigation and the Benton Property to Benton Suites.

    On June 22, 2020, the Trustee filed a Motion to Dismiss Bankruptcy Case, Subject to Payment of Administrative Expenses, Pursuant to Court-Approved Settlement Agreement.  The Court granted the Motion, and authorized the Trustee to pay the Outstanding Administrative Expenses.

    On July 16, 2020, the Trustee paid the United States Trustee Fee of $650, the Trustee Fee of $8,584.10 and the SulmeyerKupetz fees and costs of $28,108.71. The bank account has a zero balance.

    Attached as Exhibit "A" is the Cash Receipts and Disbursement Record (Form 2):

    Summary of Receipts:

    Settlement funds:                             $<u>287,500.00</u>

    Now that the case has been dismissed, the Trustee requests that he be discharged and his bond exonerated.

DATED: July 23, 2020                              Respectfully submitted,

                                              */s/ Howard M. Ehrenberg*
                                              Howard M Ehrenberg
                                              Chapter 7 Trustee

Case 2:18-bk-18709-NB   Doc 152   Filed 07/23/20   Entered 07/23/20 10:47:52   Desc
Main Document    Page 3 of 5

**Form 2**

## Cash Receipts And Disbursements Record

Page: 1

| **Case No.:** | 18-18709 | **Trustee Name:** | Howard M. Ehrenberg (001420) |
|---|---|---|---|
| **Case Name:** | ACQUIPLIED ASSETS, B.T. | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***6851 | **Account #:** | ******2400 Checking |
| **For Period Ending:** | 07/23/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/09/19 | {2} | Rosendo Gonzalez Ch 7 Trustee for Estate of Wladimir John Klimenko | settlement funds [Doc 107] | 1121-000 | 280,000.00 | | 280,000.00 |
| 04/12/19 | 101 | Allstar Financial Services, Inc. | EOD 3/4/19 payment in accordance with settlement agreement [Doc 108] relating to loan #362054 | 4110-000 | | 250,000.00 | 30,000.00 |
| 05/31/19 | 102 | International Sureties, LTD. | bond premium | 2300-000 | | 3.93 | 29,996.07 |
| 02/06/20 | 103 | International Sureties, LTD. | bond premium | 2300-000 | | 16.86 | 29,979.21 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 23.95 | 29,955.26 |
| 04/10/20 | {8} | Benton Suites, LLC | settlement funds [Doc 139] | 1249-000 | 7,500.00 | | 37,455.26 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 54.67 | 37,400.59 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 57.78 | 37,342.81 |
| 07/16/20 | 104 | OFFICE OF THE UNITED STATES TRUSTEE | quarterly fee | 2950-000 | | 650.00 | 36,692.81 |
| 07/16/20 | 105 | SulmeyerKupetz | EOD 7/13/20 attorney fees and costs [Doc 146] | | | 28,108.71 | 8,584.10 |
| | | SulmeyerKupetz | expenses $408.25 | 3120-000 | | | |
| | | SulmeyerKupetz | fees $27,700.46 | 3110-000 | | | |
| 07/16/20 | 106 | Howard M. Ehrenberg | EOD 7/13/20 trustee fee [Doc 146] | 2100-000 | | 8,584.10 | 0.00 |
| | | | **COLUMN TOTALS** | | 287,500.00 | 287,500.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 287,500.00 | 287,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$287,500.00** | **$287,500.00** | |

Exhibit "A"

*{ } Asset Reference(s)*

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 18-18709 | **Trustee Name:** | Howard M. Ehrenberg (001420) | |
| **Case Name:** | ACQUIPLIED ASSETS, B.T. | **Bank Name:** | Mechanics Bank | |
| **Taxpayer ID #:** | **-***6851 | **Account #:** | ******2400 Checking | |
| **For Period Ending:** | 07/23/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2400 Checking | $287,500.00 | $287,500.00 | $0.00 |
| | **$287,500.00** | **$287,500.00** | **$0.00** |

Exhibit "A"

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 S Grand Avenue, Suite 3400, Los Angeles, CA 90071-1406.

A true and correct copy of the foregoing document entitled (*specify*): CHAPTER 7 TRUSTEE'S FINAL REPORT IN DISMISSED CASE  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 23, 2020  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Alan F Broidy - DISBARRED -    alan@broidylaw.com, sherrie@broidylaw.com
Robert A Brown    rab@rablaws.com
Stephen L Burton    steveburtonlaw@aol.com, ellie.burtonlaw@gmail.com
Howard M Ehrenberg (TR)    ehrenbergtrustee@sulmeyerlaw.com,
Asa S Hami    ahami@sulmeyerlaw.com,
D Edward Hays    ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
Dare Law    dare.law@usdoj.gov
Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
Martin W. Phillips    marty.phillips@att.net
Douglas A Plazak    dplazak@rhlaw.com
Charles Shamash    cs@locs.com, generalbox@locs.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Claire K Wu    ckwu@sulmeyerlaw.com,

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) July 23, 2020 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Neil W. Bason
U.S. Bankruptcy Court
255 E. Temple Street,
Bin outside of Suite 1552
Los Angeles, CA 90012

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on
(*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 23, 2020 | Lupe V. Cortez | */s/ Lupe Cortez* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |