United States Bankruptcy Court
Central District of California

In re:                                                                Case No. 18-18709-NB
Acquiplied Assets, B.T.                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: ssumlinC           Page 1 of 1            Date Rcvd: Jul 22, 2020
                              Form ID: pdf041          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2020.
db             +Acquiplied Assets, B.T.,    117 East Colorado Boulevard,    Pasadena, CA 91105-1938

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2020 at the address(es) listed below:
              Alan F Broidy - DISBARRED -    on behalf of Creditor    Allstar Financial Services, Inc.
               alan@broidylaw.com, sherrie@broidylaw.com
              Asa S Hami    on behalf of Trustee Howard M Ehrenberg (TR) ahami@sulmeyerlaw.com,
               pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com
              Charles  Shamash    on behalf of Interested Party Minnie  Brown cs@locs.com, generalbox@locs.com
              Claire K Wu    on behalf of Interested Party    Courtesy NEF ckwu@sulmeyerlaw.com,
               mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com
              D Edward Hays    on behalf of Interested Party    INTERESTED PARTY ehays@marshackhays.com,
               ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
              Dare  Law    on behalf of U.S. Trustee    United States Trustee (LA) dare.law@usdoj.gov
              Douglas A Plazak    on behalf of Creditor Ellen  Gursky dplazak@rhlaw.com
              Douglas A Plazak    on behalf of Creditor Joseph  Yavin dplazak@rhlaw.com
              Douglas A Plazak    on behalf of Creditor Martin  Schuster dplazak@rhlaw.com
              Douglas A Plazak    on behalf of Creditor Yoram  Levy dplazak@rhlaw.com
              Douglas A Plazak    on behalf of Creditor Daniel  Grosz dplazak@rhlaw.com
              Howard M Ehrenberg (TR)    ehrenbergtrustee@sulmeyerlaw.com,
               ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
              Laila  Masud    on behalf of Interested Party    INTERESTED PARTY lmasud@marshackhays.com,
               lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
              Martin W. Phillips    on behalf of Creditor    The Gold 401K Profit Sharing Plan & Trust, Jonathan B. Brooks, Trustee marty.phillips@att.net
              Martin W. Phillips    on behalf of Interested Party    Courtesy NEF marty.phillips@att.net
              Robert A Brown    on behalf of Debtor    Acquiplied Assets, B.T. rab@rablaws.com
              Stephen L Burton    on behalf of Attorney Stephen L. Burton steveburtonlaw@aol.com,
               ellie.burtonlaw@gmail.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 18

Asa S. Hami (CA Bar No. 210728)
   ahami@sulmeyerlaw.com
Claire K. Wu (CA Bar No. 295966)
   ckwu@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Chapter 7 Trustee
Howard M. Ehrenberg

**FILED & ENTERED**

**JUL 22 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY sumlin    DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ACQUIPLIED ASSETS, B.T.,<br><br>          Debtor. | Case No. 2:18-bk-18709-NB<br><br>Chapter 7<br><br>**FINAL ORDER DISMISSING BANKRUPTCY CASE**<br><br>[Relates to Dkt. Nos. 143, 146, and 149]<br><br>[No hearing requested] |

      On June 22, 2020, Howard M. Ehrenberg, the chapter 7 trustee in the above-captioned case (the "Trustee"), filed his *Motion to Dismiss Bankruptcy Case, Subject to Payment of Administrative Expenses, Pursuant to Court-Approved Settlement Agreement* [Dkt. No. 143] (the "Motion"). On July 13, 2020, this Court entered its Order granting the Motion (the "Conditional Dismissal Order," dkt. 146), which order conditionally dismissed the above-captioned bankruptcy case (the "Bankruptcy Case"), subject to payment of the Outstanding Administrative Expenses (as defined in the Motion and in the Conditional Dismissal Order) with any cash on hand in the Estate.

//

ASH 2704147v1

1

This Court having previously entered the Conditional Dismissal Order; and having considered the *Declaration of Howard M. Ehrenberg Regarding Payment of Administrative Expenses* [Dkt. No. 149]; and good cause appearing therefor, it is hereby **ORDERED** as follows:

1. The Bankruptcy Case is dismissed on a final basis.

2. Notwithstanding 11 U.S.C. § 349, all orders entered during the Bankruptcy Case will remain in force following entry of this Order.

3. <u>Any discharge entered in this case is vacated.</u>

4. This Court reserves jurisdiction to the extent <u>provided by LBR 1017-2(f), including</u> ~~necessary~~ to resolve any disputes concerning any orders entered during the Bankruptcy Case, including, without limitation, this Order.

5. <u>Nothing in this dismissal order should be construed as mooting any motions that seek *in rem* or retroactive relief from the automatic stay.  Without further notice, and with or without any written order, this Court may determine that any other pending motion or adversary proceeding is or is not mooted by the dismissal of this case.  *See In re Carraher*, 971 F.2d 327, 328 (9th Cir. 1992); *In re Casamont Investors, Ltd.,* 196 B.R. 517, 522-26 (9th Cir. BAP 1996).</u>

# # #

Date: July 22, 2020

_____
Neil W. Bason
United States Bankruptcy Judge

ASH 2704147v1                                   2